# MESSERLI | KRAMER

August 24, 2021

The Honorable David T. Schultz
United States District Court
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

**Re:**   **Tracy Proctor v. Unum Life Insurance Company of America**
          **Court File No. 20-cv-2472 (JRT/DTS)**
          **Our File No.  18657-493**

Dear Magistrate Judge Schultz,

I am writing in respect to your Order for Settlement Conference (Dkt. No. 12) scheduled for September 8, 2021 at 9:00 a.m.  Pursuant to section II of this Order, I request, on behalf of my client's representative, David Layden, that he be permitted to appear at the settlement conference by telephone or Zoom video conference.  Mr. Layden resides near Worcester, MA and would devote close to a day traveling here and returning.  Mr. Layden is concerned about travel in light of increased COVID 19 concerns of late.

Additionally, Mr. Layden has participated in numerous remote settlement conferences and his attendance via telephone or Zoom will not adversely impact prospects for settlement.  Plaintiff's counsel has been advised of this request and does not oppose Mr. Layden appearing remotely.

Thank you for your attention to this matter.

Sincerely,


/s/ Terrance J. Wagener
Terrance J. Wagener
Attorney

TJW:js