**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

**SETTLEMENT CONFERENCE MINUTES**

---

Tracy Proctor,

      Plaintiff,

v.

Unum Life Insurance Company of America,

      Defendant.

**COURT MINUTES**
BEFORE:  David T. Schultz
United States Magistrate Judge

Case No.     20-cv-2472 (JRT/DTS)
Date:        September 13, 2021
Location:    Courtroom 9E
Time Commenced:  9:00 a.m.
Time Concluded:   12:00  p.m.
Total Time:    3 hrs.

---

APPEARANCES:

      For Plaintiff:    Robert Leighton

      For Defendant:  Terrance Wagener

PROCEEDINGS:

    _X_    No settlement reached.

    ___    Binding settlement reached.  Terms stated on the record.  Any transcript or copy of the audio file of the terms of settlement is CONFIDENTIAL and shall be SEALED, with access being allowed only to the parties and their counsel. (Audio: T:/zoom)

Date:  September 13, 2021           s/Terianne_____
                                   Courtroom Deputy