## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Tracy Proctor,

                    Plaintiff,

v.

Unum Life Insurance Company of America,

                    Defendant.

Civil No. 20-cv-2472 JRT/DTS

**DEFENDANT'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD PURSUANT TO RULE 52(a)**

Pursuant to Rules 39(b) and 52(a) of the Federal Rules of Civil Procedure, Defendant will move the Court for an Order granting its Motion for Judgment on the Administrative Record. Defendant's motion is based upon the motion papers submitted, the arguments of counsel and all documents contained in the file.

**MESSERLI & KRAMER P.A.**

Dated: December 31, 2021

By:  s/Terrance J. Wagener
     Terrance J. Wagener (#213676)
     1400 Fifth Street Towers
     100 South Fifth Street
     Minneapolis, MN 55402
     twagener@messerlikramer.com
     612.672.3600

**ATTORNEYS FOR DEFENDANT**

2469850