UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Tracy Proctor | Civil No. 20-cv-2472 (JRT/DTS) |
| Plaintiff, | |
| v. | **DECLARATION OF CRAIG J. JOHNSON** |
| Unum Life Insurance Company of America, | |
| Defendant. | |

---

Craig J. Johnson declares as follows:

1. I am an Appeals Director for Unum Group, the parent company of Unum Life Insurance Company of America ("Unum") and I offer this declaration in support of Unum's Motion for Judgment on the Administrative Record.

2. I have firsthand knowledge of all matters asserted herein.

3. Attached as **Exhibit A** is a true and accurate copy of the Administrative Record cited in Unum's Memorandum of Law.

4. The Administrative Record was compiled by Unum in the ordinary course of its business of administering Plaintiff's claims for long term disability benefits pursuant to policy number 606015 and contains documents labeled as UA-CL-LTD-000001 through 002007.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: _____                              _____
                                                Craig J. Johnson
                                                Appeals Director

2468667