UNITES STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

TRACY PROCTOR,                                            Civil No. 20-2472 (JRT/DTS)

           Plaintiff,

                                                     **ORDER ON STIPULATION**

vs.

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

           Defendant.

---

Robert J Leighton , Jr, **NOLAN, THOMPSON, LEIGHTON & TATARYN, PLC,** 1011 1st Street South, Suite 410, Hopkins, MN 55343, for plaintiff.

Terrance J Wagener, **MESSERLI & KRAMER P.A.,** 1400 South Fifth Street, 100 South Fifth Street, Minneapolis, MN 55402, for defendant.

On January 3, 2022, the parties filed a Stipulation for Determination on the Administrative Record as well as a proposed briefing schedule. (ECF No. #23-1) The parties failed to separately file the Stipulation or a proposed Order.

The parties have now filed their Stipulation of January 3, 2022, and have completed their briefing in the above-entitled matter. Therefore, **IT IS HEREBY ORDERED** that the Court will hear cross-motions on the administrative record pursuant to Fed. R. Civ. Pro. 39(a)(1) and 52(a)(1) at a time to be determined by the Court.

1

Dated: February 24, 2022
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court